EILEEN B. GOLDSMITH (SBN 218029)
ZOE PALITZ (SBN 275752)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
E-mail   egoldsmith@altber.com
E-mail:  zpalitz@altber.com

*Attorneys for Defendant Sheet Metal Workers'*
*Local Union No. 104*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. AVILA., | CASE NO. 18-CV-02148-KAW |
| Plaintiff, | **STIPULATION TO STAY ACTION OR, IN THE ALTERNATIVE, REGARDING DEFENDANT LOCAL 104'S RESPONSE TO THE COMPLAINT; [PROPOSED] ORDER AS MODIFIED** |
| v. | |
| INTERNATIONAL ASSOICATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, et al., | Complaint Filed: 4-11-2018 |
| Defendants. | |

WHEREAS, Plaintiff Mark Avila filed this action on April 11, 2018;

WHEREAS Avila requested that the undersigned counsel for Defendant Sheet Metal Workers' Local Union No. 104 ("Local 104") accept service of the Complaint on behalf of Local 104;

WHEREAS Local 104 has accepted service of the Complaint in exchange for an agreement to answer or otherwise respond to the Complaint by July 27, 2018;

WHEREAS on April 11, 2018, Avila also filed a motion to stay this action pending exhaustion of further internal union appeals (Dkt. 3);

WHEREAS Local 104 does not oppose the motion for a stay;

WHEREAS the Parties have met and conferred regarding the applicability of General Order 71, and agree that it does not apply to this action, which is not an "employment case" within the meaning of General Order 71;

The Parties hereby stipulate and agree as follows:

1.      This action is immediately stayed.

2.      All case management deadlines, including deadlines for the Fed. R. Civ. P. 26(f) conference and initial disclosures, are immediately stayed until 30 days after Avila has exhausted his internal union appeals.

3.      If, for any reason, this Court does not grant Avila's motion for a stay, Defendant Local 104 shall have until July 27, 2018 to answer or otherwise respond to the Complaint.  Local 104 does not waive any defenses with respect to the Complaint, including any defenses with respect to the exhaustion of internal union appeals.

3.      General Order 71 does not apply to this action.

Dated: May 10, 2018                                 */s/ Joseph W. Mc Carthy*
                                                                Joseph W. McCarthy
                                                                *Attorney for Plaintiff*


Dated: May 10, 2018                                 */s/ Eileen B. Goldsmith*
                                                                Eileen B. Goldsmith
                                                                *Attorneys for Defendant Sheet Metal*
                                                                *Workers' Local Union No. 104*

Stipulation to Stay Action or, in the Alternative, Regarding Defendant Local 104's Response to the Complaint; [Proposed] Order; Case No. 18-cv-02148-KAW

**[PROPOSED] ORDER AS MODIFIED**

Pursuant to stipulation, and for good cause shown, Defendant Local 104 shall have until July 27, 2018, to answer or otherwise respond to the Complaint.  Local 104 does not waive any defenses with respect to the Complaint, including any defenses with respect to the exhaustion of internal union appeals  The undersigned will entertain another stipulation after all defendants have appeared.  The Case Management Conference scheduled for July 10, 2018, is continued to September 11, 2018.

IT IS SO ORDERED.

Date:  5/11/18                     _____

Hon. Kandis A. Westmore
United States Magistrate Judge

Stipulation to Stay Action or, in the Alternative, Regarding Defendant Local 104's Response to the Complaint; [Proposed] Order; Case No. 18-cv-02148-KAW

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories shown above.

Dated: May 10, 2018

*/s/ Eileen B. Goldsmith*
Eileen B. Goldsmith

Stipulation to Stay Action or, in the Alternative, Regarding Defendant Local 104's Response to the Complaint; [Proposed] Order; Case No. 18-cv-02148-KAW