JOSEPH W. McCARTHY (SBN: 164433)
Joseph W. McCarthy, a Law Corporation
400 Reed Street
Santa Clara, CA 95050
Telephone: (408) 727-4111
Facsimile: (408) 727-4343
Email: joe@mccarthylawcorp.com

*Attorney for Plaintiff Mark A. Avila*

EILEEN B. GOLDSMITH (SBN 218029)
ZOE PALITZ (SBN 275752)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: egoldsmith@altber.com
E-mail: zpalitz@altber.com

*Attorneys for Defendant Sheet Metal Workers'
Local Union No. 104*

*Additional Counsel listed on following page*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. AVILA., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL ASSOIACTION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, et al., <br><br> Defendants. | CASE NO. 18-CV-02148-KAW <br><br> **STIPULATION TO STAY ACTION OR, IN THE ALTERNATIVE, REGARDING DEFENDANTS' RESPONSIVE PLEADINGS; [PROPOSED] ORDER** <br><br> Complaint Filed: 4-11-2018 |

Richard G. McCracken (SBN 62058)
McCraken Stemerman & Holsberry LLP
595 Market Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 597-7200
Facsimile:  (415) 597-7201
E-mail: rmccracken@msh.law

*Attorneys for Defendant*
*International Association of Sheet*
*Metal, Air, Rail & Transportation*
*Workers*

| | |
|---|---|
| 1 | WHEREAS, Plaintiff Mark Avila filed this action on April 11, 2018; |
| 2 | WHEREAS Defendant Sheet Metal Workers' Local Union No. 104 ("Local 104") accepted |
| 3 | service of the Complaint in exchange for an agreement to answer or otherwise respond to the |
| 4 | Complaint by July 27, 2018; |
| 5 | WHEREAS Defendant International Association of Sheet Metal, Air, Rail & Transportation |
| 6 | Workers ("SMART") was served with the Complaint on May 31, 2018; |
| 7 | WHEREAS on April 11, 2018, Avila also filed a motion to stay this action pending |
| 8 | exhaustion of further internal union appeals (Dkt. 3); |
| 9 | WHEREAS Local 104 and SMART do not oppose the motion for a stay; |
| 10 | WHEREAS the Parties have met and conferred regarding the applicability of General Order |
| 11 | 71, and agree that it does not apply to this action, which is not an "employment case" within the |
| 12 | meaning of General Order 71; |
| 13 | WHEREAS Plaintiff and Local 104 previously stipulated to a stay of this action pending |
| 14 | Plaintiff's further exhaustion of his internal union appeals (Dkt. 12); and this Court denied the |
| 15 | stipulation, while stating that the Court would entertain another stipulation after all defendants were |
| 16 | properly before the Court (Dkt. 13); |
| 17 | The Parties hereby stipulate and agree as follows: |
| 18 | 1. This action is immediately stayed. |
| 19 | 2. All case management deadlines, including deadlines for the Fed. R. Civ. P. 26(f) |
| 20 | conference and initial disclosures, are immediately stayed until 30 days after Avila has exhausted his |
| 21 | internal union appeals. |
| 22 | 3. If, for any reason, this Court does not approve this stipulation or grant Avila's motion |
| 23 | for a stay, Local 104 and SMART shall have until August 24, 2018 to answer or otherwise respond to |
| 24 | the Complaint. Local 104 and SMART do not waive any defenses with respect to the Complaint, |
| 25 | including any defenses with respect to the exhaustion of internal union appeals. |
| 26 | 3. General Order 71 does not apply to this action. |
| 27 | // |
| 28 | // |

| | | |
|---|---|---|
| 1 | Dated: July 9, 2018 | */s/ Joseph W. Mc Carthy* |
| 2 | | Joseph W. McCarthy |
| | | *Attorney for Plaintiff* |
| 3 | | |
| 4 | Dated: July 9, 2018 | */s/ Eileen B. Goldsmith* |
| | | Eileen B. Goldsmith |
| 5 | | *Attorneys for Defendant Sheet Metal Workers' Local Union No. 104* |
| 6 | | |
| 7 | | |
| 8 | Dated: July 9, 2018 | */s/ Richard G. McCracken* |
| | | Richard G. McCracken |
| | | *Attorneys for Defendant International Association of Sheet Metal, Air, Rail & Transportation Workers* |

# [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, this action is STAYED until 30 days after Avila has exhausted his internal union appeals. The Case Management Conference scheduled for September 11, 2018 is VACATED. General Order 71 shall not be applied in this action.

IT IS SO ORDERED.

Date: 7/11/18

_Kandis Westmore_
Hon. Kandis A. Westmore
United States Magistrate Judge