UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. AVILA, | Case No. 18-cv-02148-KAW |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, et al., | |
| Defendants. | |

On July 11, 2018, the Court granted the parties' stipulation to stay the case pending exhaustion of further internal union appeals. (Dkt. No. 17.) On January 7, 2021, the Court ordered the parties to file a joint status report as to the status of the internal union appeals. (Dkt. No. 18.) The parties' joint status report was due by January 21, 2021. (*Id.*)

On January 21, 2021, Defendants filed a unilateral status report, stating that that Plaintiff's appeal was fully exhausted in August 2019.[1] (Dkt. No. 19 at 2.) Plaintiff was notified by certified mail on September 12, 2019 that his appeal had been denied. (*Id.*) Defendant further states that in the sixteen months since, Plaintiff has taken no steps to prosecute this action. (*Id.*) Plaintiff did not file a status report.

Accordingly, the Court ORDERS Plaintiff to show cause, within **two weeks** of the date of this order, why this case should not be dismissed for failure to prosecute. Failure to respond **will** result in the Court reassigning this case to a district judge with the recommendation that the case

---

[1] It does not appear Defendants made an effort to reach out to Plaintiff to prepare the status report, despite the Court requiring a joint status report. In the future, when filing a unilateral status report in lieu of a required joint status report, Defendant must indicate what efforts were made to work with opposing counsel to prepare a joint status report.

be dismissed for failure to prosecute.

    IT IS SO ORDERED.

Dated: January 27, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge