UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK A. AVILA,**<br><br>          Plaintiff**,**<br><br>     v.<br><br>**INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, ET. AL.,**<br><br>          Defendants. | Case No.: 4:18-cv-02148-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 21 |

The Court has reviewed Magistrate Judge Kandis A. Westmore's Report and Recommendation (Dkt. No. 21, Order Reassigning Case to a District Judge; Report and Recommendation to Dismiss Case for Failure to Prosecute, "Report") recommending dismissal of this case for failure to prosecute, to which no party filed an objection. The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

This Order terminates Docket Number 21 and the case. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: March 17, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE